# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA                    Magistrate No.  22-1134

v.

BENJAMIN CUNNINGHAM

The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this  25th  day of  August , 2022

ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

/s/ James B. Clark
HONORABLE JAMES B. CLARK, III
UNITED STATES MAGISTRATE JUDGE